**Gerren JACOWAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60017.**

Missouri Court of Appeals,
Western District.

Dec. 17, 2002.

Vanessa Caleb, Assistant State Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ELLIS, C.J., HOLLIGER and HARDWICK, JJ.

### ORDER

PER CURIAM.

Gerren Jacoway appeals the denial of his Rule 29.15 motion for postconviction relief following an evidentiary hearing. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).